1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084
     PASSENGER SEXUAL ASSAULT
9    LITIGATION
     _____/
10
                                                **ORDER DENYING MOTIONS TO**
11   This Order Relates To:                     **WITHDRAW AS COUNSEL**

12   *C.O. v. Uber Technologies, Inc., et al.*,  Re: Dkt. No. 4432, 4446, 4573, 4582,
     Case No. 3:25-cv-02551-CRB                  4583, 4584, 4585, 4586, 4697, 4698,
13                                               4699

14   *I.C. v. Uber Technologies, Inc., et al.*,
     Case No. 3:25-cv-06382-CRB
15
     *Jessi Watt v. Uber Technologies, Inc., et*
16   *al.*, Case No. 3:25-cv-04704-CRB

17
     *Jane Doe 690917 v. Uber Technologies,*
18   *Inc., et al.*, Case No. 3:25-cv-05318-CRB

19
     *Jane Doe KG 013 v. Uber Technologies,*
20   *Inc., et al.*, Case No. 3:25-cv-05577-CRB

21
     *Jane Doe KG 016 v. Uber Technologies,*
22   *Inc., et al.*, Case No. 3:25-cv-05582-CRB

23
     *Jane Doe KG 039 v. Uber Technologies,*
24   *Inc., et al.*, Case No. 3:25-cv-06077-CRB

25
     *Jane Doe 691174 v. Uber Technologies,*
26   *Inc., et al.*, Case No. 3:25-cv-04582-CRB

27   *John Doe 692195 v. Uber Technologies,*
     *Inc., et al.*, Case No. 3:25-cv-03421-CRB
28

United States District Court
Northern District of California

<div style="writing-mode: vertical-rl">United States District Court
Northern District of California</div>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Jane Doe KGDB 016 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04337-CRB

*John Doe KGDB 018 v. Uber Technologies, Inc., et al.*, Case No. 3:25-cv-04355-CRB

The Motions to Withdraw as Counsel in the above-captioned cases are denied.

**IT IS SO ORDERED.**

Dated: January 9, 2026



CHARLES R. BREYER
United States District Judge

2